# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT T. FORTE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW CATE, et al.,<br><br>　　　　　Defendants. | CASE NO: 1:11-cv-00790-LJO-GBC (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE APPEAL<br><br>(Doc. 10)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE COPY OF THIS ORDER ON NINTH CIRCUIT |

**ORDER**

**I.   PROCEDURAL HISTORY**

Robert T. Forte ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis ("IFP") in this civil rights action filed pursuant to 42 U.S.C. § 1983. On May 16, 2011, Plaintiff filed his original complaint. (Doc. 1). On July 7, 2011, the Court denied Plaintiff's motion to proceed IFP, dismissed the action without prejudice and judgment was entered that same day. (Docs. 8, 9). On August 19, 2011, Plaintiff filed a notice of appeal, which also requested an extension of time. (Doc. 10).

**II.   EXTENSION OF TIME**

A notice of appeal must be filed within thirty days from the date of entry of judgment. Fed. R. App. P. 4(a)(1). The Court may grant an extension of time to file an appeal if the motion seeking the extension is filed no later than thirty days after the thirty-day period in Rule 4(a)(1) expires. Fed. R. App. P. 4(a)(5)(i).

Case 1:11-cv-00790-LJO -GBC   Document 14   Filed 09/16/11   Page 2 of 2

Plaintiff's motion was timely, and the Court finds that Plaintiff has shown excusable neglect in failing to file a notice of appeal within thirty days from entry of judgment.[1]  Fed. R. App. P. 4(a)(5)(A)(ii).

### III.  CONCLUSION AND ORDER

Accordingly, Plaintiff's motion for an extension of time to file a notice of appeal is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   September 15, 2011

UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is the only party in this action at this juncture and Plaintiff's notice and motion were brought within sixty days after entry of judgment. *Mendez v. Knowles*, 556 F.3d 757, 764-65 (9th Cir. 2009). Allowing Plaintiff a limited extension of time to appeal will not cause any additional prejudice or impact judicial proceedings. *Id*. Further, there is no indication from the record that the reason for the delay was within Plaintiff's reasonable control given he is incarcerated or that Plaintiff did not act in good faith. *Id.*

2